# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KIMBERLY KENNEY**                                                                 **PLAINTIFF**

v.                             **Case No. 4:22-cv-00762-LPR**

**STEVE LANDERS TOYOTA, et al.**                                         **DEFENDANTS**

## ORDER

On January 5, 2023, I ordered Kimberly Kenney to file, within 30 days, an Amended Complaint.[1] I warned her that failure to do so would result in the dismissal of her case for lack of subject matter jurisdiction.[2] Ms. Kenney has not filed an Amended Complaint. So her case will now be dismissed pursuant to my January 5, 2023 Order. An *in forma pauperis* appeal of the instant Order or the January 5, 2023 Order (or the forthcoming Judgment) would not be taken in good faith.[3]

IT IS SO ORDERED this 8th day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 3.

[2] *Id*.

[3] 28 U.S.C. § 1915(a)(3).