IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIMBERLY KENNEY**                                                                                     **PLAINTIFF**

v.                              **Case No. 4:22-cv-00762-LPR**

**STEVE LANDERS TOYOTA, et al.**                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day and the Order that was entered on January 5, 2023, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the underlying Orders would not be taken in good faith.[1]

IT IS SO ADJUDGED this 8th day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).